UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE:    CertKiller.net

MISC. CIVIL ACTION NO.
3:05MC    (    )

May 11, 2005

APPLICATION FOR SUBPOENA UNDER
THE DIGITAL MILLENNIUM COPYRIGHT ACT

Pursuant to 17 U.S.C. § 512, the Digital Millennium Copyright Act ("DMCA"), the undersigned, on behalf of, and for The Computing Technology Industry Association, Inc. ("CompTIA"), hereby requests that the Clerk for the United States District Court for the District of Connecticut issue a subpoena directed to PayPal, Inc. ("PayPal") requesting production of documents necessary to identify with specificity the person(s) operating a website known as CertKiller.net. In support of this request, and in accordance with the DMCA, the undersigned provides herewith the following:

(1)   A copy of DMCA Notification provided to PayPal pursuant to 17 U.S.C. §512(c)(3)(A) by CompTIA (attached hereto as Exhibit A);

(2)   Proposed Subpoena (attached hereto as Exhibit B); and,

(3)   Declaration of Counsel (attached hereto as Exhibit C).

-2-

 

THE APPLICANT – CompTIA

By: /s/ _____
Gerald C. Pia, Jr., Esq. (ct 21296)
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Tel. (203) 330-2000
Facsimile (203) 576-8888
E-Mail: gpia@pullcom.com

BPRT/46893.82/GPIA/557813v1

EXHIBIT A

# PULLMAN & COMLEY, LLC
*Attorneys At Law*

ELIZABETH J. AUSTIN
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES K. CAMPBELL, JR.
FRANK B. CLEARY
JAMES G. DOWLING, JR.
GEOFFREY F. FAY
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
WILLIAM O'C. HARNISCH*
JOSHUA A. HAWKS-LADDS
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS
NANCY DiFONCE LAPERA
MICHAEL N. LaVELLE

JOSEPH M. LODATO
STEPHEN MARCOVICH
THOMAS F. MAXWELL, JR.
EDWARD P. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN S. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
JOHN B. REARDEN, JR.
RICHARD C. ROBINSON
TIMOTHY G. RONAN
GREGORY F. SERVODIDIO
RONALD CASE SHARP
MARGARET M. SHEAHAN
JAMES T. SHEARIN

H. WILLIAM SHURE
JOHN F. STAFSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES P. WHITE, JR.
DIANE W. WHITNEY
MARJORIE WILDER

MICHAEL J. ANDREANA
LAURA A. BELLOTTI
ADAM J. COHEN
JARON C. DAVIS
JOSHUA A. DOLGER
JESSICA GROSSARTH
LEE D. HOFFMAN
NORMA R. MANDULAK

JACLYN C. PETROZELLI
NEIL P. PHILLIPS
GERALD C. PIA, JR.
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
LORILYN M. ROSALES
AMANDA BALOG SANDERS
KATHERINE A. SCANLON
JESSICA A. SLIPPEN
LORI L. UNDERBERGER
PETER J. VODOLA
GWEN P. WEISBERG
MICHAEL L. WOLF
AIMEE J. WOOD

* Admitted to practice in
New York State and the
District of Columbia only

Reply to:      Bridgeport
Telephone:   (203) 330-2045
E-Mail:        geraldpia@pullcom.com

*Via Federal Express & E-Mail*

April 18, 2005

John Muller
PayPal, Inc.
~~303 Bryant Street~~   2211 North 1st St.
~~Mountain View, CA 94041~~   San Jose, CA 95131
john@paypal.com

  Re: Notice of Claimed Copyright Infringement Pursuant to 17 U.S.C. § 512-
     www.certkiller.net

Dear Mr. Muller:

  This firm represents and is authorized to act on behalf of The Computing Technology Industry Association, Inc. ("CompTIA").

  CompTIA is the creator, author, and owner of various copyrighted certification exams, including: (1) Server+; (2) Security+; (3) Network+; (4) Linux+; (5) A+ 220-301; (6) A+ 220-302; (7) IT Project+; (8) eBiz+; (9) iNet+; (10) CDIA+; and (11) CTT+ (collectively referred to in this letter as the "Copyrighted Exams").

  CompTIA has a good faith belief that PayPal, Inc., via www.PayPal.com ("PayPal"), is processing payments on behalf of CertKiller.net and that some or all of those payments are the direct result of the unlawful sale of CompTIA's copyrighted exams within the United States. As a result of its involvement, PayPal may be subject to liability under the United States Copyright Act and/or other applicable state and federal laws.

  Please allow this letter and attached Affidavit of Neill Hopkins to serve as formal notification that the operator of CertKiller.net is, without permission, license or other authorization, selling and disseminating copyrighted material owned by CompTIA. Accordingly, CompTIA is advising you that the registrant(s)/operator(s) of that website is/are violating, among other things, United States Copyright Law, and PayPal appears to be assisting this unlawful conduct by providing necessary financial and related services. (Copies of offending pages are attached to this letter.)

PULLMAN & COMLEY, LLC

Page 2

As a result, CompTIA demands that PayPal terminate its support of such unlawful activity and hold the proceeds of these unlawful sales in constructive trust for the benefit of CompTIA. Specifically, CompTIA demands that PayPal: (1) cease and desist from any storing, publishing, posting, distributing, offering for sale or selling of CompTIA's copyrighted material through the website identified above; (2) immediately disable access to the aforementioned copyrighted material; (3) disclose all information to CompTIA regarding the registrant(s)/operator(s) of the identified website; (4) return any copies of copyrighted exams or other proprietary material in its possession; (5) terminate the support of the aforementioned unlawful activity directed to consumers in the United States; and (6) hold the proceeds from any sales of CompTIA's copyrighted material by CertKiller.net in constructive trust for the benefit of CompTIA.

Please be advised that CompTIA hereby reserves all of its rights to seek all appropriate legal and equitable relief arising out of the aforementioned violations of law. PayPal has a duty to maintain all relevant documents, including electronic files. As such, PayPal must not only refrain from affirmatively destroying documents and files, but must also turn off or otherwise prevent any automatic or systematic deletion of electronic files, inasmuch as those files may relate to this dispute.

Please contact me to confirm that PayPal has discontinued its support of the aforementioned unlawful activities and that it will hold the proceeds of any sales of infringing products in constructive trust for the benefit of CompTIA and otherwise comply with the requests set forth in this letter. I can be reached via the contact information on this letterhead.

Very truly yours,

//ss//

Gerald C. Pia, Jr., Esq.

GCP/mc
Enclosures

Case 3:05-mc-00146-JCH    Document 1    Filed 05/11/2005    Page 6 of 16

CertKiller.net - CompTIA Study Guides, CompTIA braindumps, CompTIA test questions, CompTIA Study Guide, CompTIA ...    Page 1 of 3

# CertKiller.net®

About Us | Contact Us | Home

- Latest News
- Guide Info & Pricing
- Order Methods
- Free Demos
- FAQ
- Testimonials
- Guarantee
- Privacy Policy
- Partners
- Authors Needed

### Guide List
- ACI
- Adobe
- APC
- Apple
- Ariba
- BEA Systems
- CheckPoint
- Cisco
- Citrix
- CIW
- CompTIA
- Computer Associate
- CWNA
- Dell
- EC-Council

## Guide Info & Pricing

* Price List - CompTIA

Note: Every customer can purchase by Western Union, when you payment by Western Union, we can provide you 19USD as the fee, if you want to purchase more than three papers, we can give you 20% discount and still provide you 19USD as the Western Union Transfer fee. When you will payment by Western Union, the next is the following info:

First Name: HUI
Last Name: ZHOU
City: SHANGHAI
Country: CHINA

After you have completely the payment, please send us the email about your first name, last name, city, state(optional), Country and Money Transfer Control Number info.

| A+ | Price(US$) | World Pay |
|---|---|---|
| (220-301) A+ Core Technologies New Update! | 49 | Buy |
| (220-302) A+ OS Technologies New Update! | 49 | Buy |

| i-Net+ | Price(US$) | World Pay |
|---|---|---|
| (IK0-002) i-Net+ 2002 New Update! | 49 | Buy |

| Network+ | Price(US$) | World Pay |
|---|---|---|
| (N10-002) Network+ New Update! | 49 | |

Case 3:05-mc-00146-JCH   Document 1   Filed 05/11/2005   Page 7 of 16

CertKiller.net - CompTIA Study Guides, CompTIA braindumps, CompTIA test questions, CompTIA Study Guide, CompTIA ...   Page 2 of 3

- EMC
- Enterasys Networks
- Exam Express
- EXIN Inc
- Extreme Networks
- F5 Network
- Foundry
- Hewlett Packard
- Huawei
- IBM
- ISC
- ISM
- Intel
- Juniper
- Legato
- Lotus
- LPI
- Lucent
- Microsoft
- Mcafee
- Network Appliance
- Nokia
- Novell
- Nortel
- Oracle
- PMI
- Polycom
- RCDD
- RedHat
- Sun
- SAIR
- SeeBeyond
- SNIA
- SNIA FC-SAN
- Sybase
- Symantec
- T.I.A
- TruSecure
- Trend Micro

|  | Price(US$) | World Pay |
|---|---|---|
|  |  | Buy |
| Server+ | Price(US$) | World Pay |
| (SK0-001) Server+ New Update! | 49 | Buy |
| Linux+ | Price(US$) | World Pay |
| (XK0-001) Linux+ New Update! | 49 | Buy |
| CTT+ | Price(US$) | World Pay |
| (TK0-201) Certified Technical Trainer (CTT+) New Update! | 49 | Buy |
| IT Project+ | Price(US$) | World Pay |
| (PK0-002) IT Project+ (2003 Objectives) New Update! | 49 | Buy |
| E-Biz+ | Price(US$) | World Pay |
| (EK0-001) E-Biz+ | 49 | Buy |
| Security+ | Price(US$) | World Pay |
| (SY0-101) Security+ New Update! | 49 | Buy |
| CDIA+ | Price(US$) | World Pay |
| (225-020) CDIA+ New Update! | 49 | Buy |
| HTI+ | Price(US$) | World Pay |
| (HT0-101) Home Technology Integrator (HTI+) New Update! | 49 | Buy |
| (HT0-102) Systems Infrastructure and Integration (HTI+) New Update! | 49 | Buy |

| Discounted Bundles | Price | Discount | World Pay |
|---|---|---|---|

Case 3:05-mc-00146-JCH   Document 1   Filed 05/11/2005   Page 8 of 16

CertKiller.net - CompTIA Study Guides, CompTIA braindumps, CompTIA test questions, CompTIA Study Guide, CompTIA ...   Page 3 of 3

- Business Tests
- ISACA
- Medical Tests
- Pilot Tests
- PalmOS
- Pocket PC
- Routing Protocols
- SAT Tests
- SONET
- Solomon
- Teacher Tests
- Discounted Bundles

| | | |
|---|---|---|
| CompTIA A+ (220-301,220-302) | 88 | 10% |
| CompTIA (N10-002,SK0-001,XK0-001,SY0-101) | 124 | 20% |

*Below you will find actual comments from our customers:*

- "I can't believe I passed my N10-002 exam! I used the Network+ study guide to pass and pass I did!" - Clint
- "I could not find an updated study guide for 225-020 until I came across CertKiller. A good website." - Silvia P.
- "Icouldn't believe in my eyes! I used the Security+ (SY0-101) Study Guide and I didn't have to do any intensive studying to pass the exam!" - Sonya
- "I did the 220-301 exam today, and I did it! I passed! The A+ study guide is KEY!" - Renny
- "I have given the CTT+ study guide as much attention as my A+, and treated it with as much importance, and quite rightly so. I have passed the exam without a care." - Jeff A
- "I passed my 220-302 Exam today, thanks to your Study Guide! It wasn't hard at all!" - Mick
- "I passed the IK0-002 exam today! Thanks! Your study guide really helped!" - Winston

*Click Here you will find more comments from our customers!*

---

Copyright (c) 1998-2008 CertKiller.net ®, Inc.
All Rights Reserved

## AFFIDAVIT OF NEILL HOPKINS

NEILL HOPKINS, being duly sworn, deposes and says as follows:

1. I am over the age of eighteen years and believe in the obligations of an oath.

2. I am the Vice President of Skills Development for The Computing Technology Industry Association, Inc. ("CompTIA") and am authorized to act on CompTIA's behalf.

3. As the Vice President of Skills Development for CompTIA, I am familiar with CompTIA's intellectual property rights including its copyrighted material.

4. I submit this declaration in support of CompTIA's notification of copyright infringement pursuant to 17 U.S.C. § 512, regarding a website known as www.CertKiller.net (the "Website"). A representative list of infringing products can be found on the Website at: www.certkiller.net/guideprice_comptia.html. (The infringing products are referred to in this Affidavit as the "CertKiller Products.")

5. CompTIA is the creator, author and owner of various copyrighted certification exams, including: : (1) Server+; (2) Security+; (3) Network+; (4) Linux+; (5) A+ 220-301; (6) A+ 220-302; (7) IT Project+; (8) eBiz+; (9) iNet+; (10) CDIA+; and (11) CTT+ (collectively referred to in this Affidavit as the "Copyrighted Exams"). The Copyrighted Exams contain copyrighted, secret, and proprietary information, including original exam questions and answers.

6. CompTIA has a good-faith belief that the CertKiller Products for sale on the Website contain actual copyrighted exam questions and answers appearing on CompTIA's Copyrighted Exams.

7. CompTIA has never authorized or licensed the reproduction, display, distribution, storage, advertisement, sale or any other use of its copyrighted material on the Website.

8. I declare that the foregoing is true and accurate to the best of my knowledge, information, and belief.

_____
Neill Hopkins
Vice President of Skills Development for
The Computing Technology Industry
Association, Inc.

Subscribed to and sworn to before me this 31ST day of March, 2005.

OFFICIAL SEAL
SCOTT MICHAEL RIPKE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 07-16-06

_____
Scott Michael Ripke
Notary Public
Commission of the Superior Court

My Commission Expires: July 16th, 2006

BPRT/46893.62/GPIA/552962v1

-2-

EXHIBIT B

AO 88 (11/91) Subpoena in a Civil Case

# United States District Court
### DISTRICT OF CONNECTICUT

IN RE:    www.CertKiller.net             Misc. Civil Action No.:

| TO: PayPal, Inc.<br>2211 North 1st Street<br>San Jose, CA 95131 | SUBPOENA PURSUANT TO<br>17 U.S.C. § 512 |
|---|---|
| ATTN: John Muller, agent for service | |

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
Provide any and all documents, including any and all information, pertaining to the registrant/operator(s) of websites known CertKiller.net so that The Computing Technology Industry Association (CompTIA) may identify with specificity the person or persons operating or who operated the CertKiller.net website. *

| PLACE<br>Gerald C. Pia, Jr., Esq. ct21296<br>Pullman & Comley, LLC, 850 Main Street, Bridgeport, CT 06604 | DATE AND TIME<br>May 25, 2005 at 5:00 p.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  |  |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Clerk, United States District Court, 915 Lafayette Blvd., Bridgeport, CT 06604

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

* **Please contact Attorney Gerald C. Pia, Jr. at (203) 330-2045 upon receipt of this subpoena.**

AO 88(11/91) Subpoena in a Civil Case

PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **SERVED** | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                Date

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

Rule 45, Fed.Rules of Civil Procedure, Parts C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

    (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

    (2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

    (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

    (3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
        (i) fails to allow reasonable time for compliance;
        (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
        (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
        (iv) subjects a person to undue burden.
    (B) If a subpoena
        (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
        (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
        (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

    (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

    (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

BPRT/46893.82/GPIA/557816v1

EXHIBIT C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

IN RE:  CertKiller.net                               Misc. Civil Action No.

May 11, 2005

**DECLARATION OF COUNSEL IN SUPPORT OF**
**REQUEST FOR SUBPOENA**

**Gerald C. Pia, Jr., Esq.**, being duly sworn and says as follows:

1. I am over the age of eighteen years and believe in the obligations of an oath.

2. I am the Attorney for The Computing Technology Industry Association, Inc. ("CompTIA") and am authorized to act on its behalf.

3. CompTIA is the creator, author and owner of various copyrighted certification exams ("Copyrighted Certification Exams"). These exams contain copyrighted, secret and proprietary information, including original exam questions and answers.

4. CompTIA recently became aware that a website known as CertKiller.net offered for sale and sold products that contain copyrighted questions and answers appearing

on CompTIA's copyrighted Certification Exams. CompTIA has a good faith belief that this website processes or has processed its transactions and sales through PayPal, Inc.. ("PayPal").

5. CompTIA requests that this Court issue a subpoena directed to PayPal that seeks production of documents necessary to identify with specificity the person or person(s) responsible for operating CertKiller.net.

6. The purpose of this subpoena is to obtain the identity of the person or persons responsible for infringing upon CompTIA's copyrights and will only be used to protect CompTIA's rights under 17 U.S.C., 101, *et seq* and other applicable law.

By: /ss/
Gerald C. Pia, Jr., Esq.
(ct 21296)

STATE OF CONNECTICUT    )
                        )  ss:  Bridgeport
COUNTY OF FAIRFIELD     )

Personally appeared before me, **Gerald C. Pia, Jr., Esq.**, who made oath to the truth of the matters contained in the foregoing.

/ss/
Commissioner of the Superior Court
~~Notary Public~~

My Commission Expires:

BPRT/46893.82/GPIA/557830v1

-2-